UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORMAN MILLINGTON,<br><br>        Plaintiff,<br><br>v.<br><br><br>CRISAFULLI BROS. PLUMBING;<br>HEATING CONTRACTORS, INC.;<br>ALAN AYERS<br>        Defendant, | Civil Action No. 1:23-cv-01229-FJS-CFH |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for Plaintiff and Defendants who have been served with process and who have appeared in the above-captioned action, **that whereas no party hereto is an infant or incompetent,** the above-captioned action be, and the same hereby is, dismissed in its entirety with prejudice, without costs, attorneys' fees, expenses or disbursements to any party as against another, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. This stipulation may be filed without further notice with the Clerk of the Court.

Respectfully submitted,

| *Attorneys for Plaintiff,* | *Attorneys for Defendants,* |
|---|---|
| NORMAN MILLINGTON | CRISAFULLI BROS. PLUMBING;<br>HEATING CONTRACTORS, INC.;<br>ALAN AYERS |
| */s/ Catherine West* | */s/ Kristi Winters* |
| Catherine West (NY Bar #5982681)<br>The Law Offices of Wyatt & Associates, PLLC<br>17 Elm Street, Suite C211<br>Keene, NH  03431<br>(603) 357-1111<br>catherine@Wyattlegalservices.com | Kristi Winters<br>Jackson Lewis PC<br>677 Broadway, 9th Floor<br>Albany, NY 12207<br>(518)-512-8727<br>Kristi.Winters@jacksonlewis.com |
| Dated:   March 8, 2024 | IT IS SO ORDERED.<br>Date: March 11, 2024 |

_____
Frederick J. Scullin, Jr.
Senior United States District Judge